

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Dunsmore | Civil Action No.   21-cv-2025-JES-LR |
| **Plaintiff,** | |
| **V.** | |
| Gena Jones, Acting Warden at the California Health Care Facility; Robert Bonta | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the Third Amended Petition for the reasons discussed above.
The Court DENIES Petitioner's Motion to enlarge the record (ECF No. 47), Motion for Judicial Notice (ECF No. 51), Motions for joinder (ECF Nos. 53, 54, 58), and Motions for summary judgment (ECF Nos. 55, 57).
The Court DENIES a Certificate of Appealability.
The Case is hereby closed.

Date:        3/4/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Quinata

M. Quinata, Deputy